IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

Alberto Bernardino Damian and Alberto Bernardino Cervantes

      Plaintiffs,

v.

Markwayne Mullin, Secretary of the U.S. Department of
Homeland Security; Joseph B. Edlow, Director of the
U.S. Citizenship and Immigration Services; Kay Leopold,
Director of the U.S. Citizenship and Immigration Services
Milwaukee Field Office; and Pam Bondi, Attorney General
of the U.S. Department of Justice; Kash Patel, Director
of the Federal Bureau of Investigation; and their Successors
in Office,

      Defendants.

No. 26-cv-00267

**COMPLAINT FOR INJUNCTIVE,
MANDAMUS, AND DECLARATORY RELIEF**

Now comes Plaintiffs, Alberto Bernardino Damian ("Mr. Bernardino) and Alberto Bernardino

Cervantes ("Mr. Bernardino Cervantes") by and through their attorneys, Kempster, Corcoran,

Quiceno & Lenz-Calvo, Ltd., for their Complaint for Injunctive, Mandamus, and Declaratory

Relief against Defendants, Markwayne Mullin, Secretary of the U.S. Department of Homeland

Security; Jospeh B. Edlow, Senior Official Performing the Duties of the Director of the U.S.

Citizenship and Immigration Services; Kay Leopold, Field Director of the Milwaukee Field

Office for the U.S. Citizenship and Immigration Services; Pam Bondi, Attorney General of the

U.S. Department of Justice; and Kash Patel, Director of the Federal Bureau of Investigation,

alleges as follows:

1

## Nature of the Case and Parties

1. This is a civil action to compel the U.S. Citizenship and Immigration Services ("USCIS" or the "Service") to adjudicate Plaintiffs Form I-485 Application to Register Permanent Resident or Adjust Status; and Form I-130 Petition for Alien Relative (the "Applications") that were received by USCIS on January 18, 2023.

2. Plaintiff Alberto Bernardino Damian (A305 283 106) is a citizen of Mexico. Plaintiff Alberto Bernardino Cervantes is a Citizen of the United States.

3. Defendants are the Secretary of the U.S. Department of Homeland Security; Senior Official Performing the Duties of the Director of the U.S. Citizenship and Immigration Services; the Field Director of the Milwaukee Field Office for the U.S. Citizenship and Immigration Services; and the Director of the Federal Bureau of Investigations. They are being sued in their official capacities.

## Jurisdiction and Venue

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and § 1346(a)(2) in that the matter in controversy arises under the Constitution and laws of the United States, and the United States is a Defendant. This Court also has jurisdiction over the present action pursuant to 28 U.S.C. § 2201, the Declaratory Judgment Act; 5 U.S.C. § 701 et seq., the Administrative Procedures Act; and 28 U.S.C. § 1361, regarding an action to compel an officer of the United States to perform his or her duty.

2

5. Venue is proper in this District pursuant to 28 U.S.C. § 1391(e) because a substantial part of the events and omissions giving rise to this matter occurred in this District, Plaintiff resides in this District, and Defendants operate within this District.

## Statement of the Case

6. On January 18, 2023, Mr. Bernardino Cervantes filed Form I-130, Petition for Alien Relative on behalf of his father, Mr. Bernardino (IOE0919042558) with USCIS. Mr. Bernadino's Form, I-485 Application to Register Permanent Residence or Adjust Status was filed concurrently with the I-130 on January 18, 2023. (IOE0919042257) *See* **Exhibits A-B**

8. On November 28, 2023, Plaintiffs were scheduled to appear for their I-485 interview with USCIS. S*ee* **Exhibit C**. Plaintiffs attended with present Counsel. Following the interview, Plaintiffs' applications were held for further review.

9. On August 06, 2024, almost a year after Plaintiffs initial I-485 interview, Counsel for Plaintiffs submitted an online inquiry with USCIS for the pending applications. *See* **Exhibit D**

10. On August 07, 2024, Counsel for Plaintiffs received a response to the filed inquiry saying that USCIS anticipated a delay in adjudicating Plaintiffs applications due to "workload factors not related to the application". *See* **Exhibit E**

11. On July 07, 2025, after not receiving a response to the second inquiry, Counsel for Plaintiffs attempted to submit another inquiry but was unable to as an existing inquiry was already pending. *See* **Exhibit F**

3

12. Counsel for Plaintiffs tried to submit an inquiry again on August 07, 2025, but was once again prompted with the "unable to submit inquiry at this time" response by USCIS. *See* **Exhibit G**

13. On December 29, 2025, Counsel for Plaintiffs received a response to the multiple inquiry attempts from USCIS stating that while the application was been reviewed it still remained pending and that it was determined by the service center that Plaintiffs application has not been pending "longer than what is normal for the specific request type" *See* **Exhibit H**

14. That more than 1,162 days have elapsed since Plaintiffs filed their applications, and more than 842 days have elapsed since Plaintiffs appeared for their I-485 interview.

15. In the 1,162 days that have passed since Plaintiffs filed their Applications with USCIS, Defendants have not provided Plaintiffs with a decision or any adverse information to which they could respond.

16. Congress has set a statutory goal that applications be adjudicated within 180 days. Plaintiffs I-485 application was filed 1,162 days ago. As such, the adjudication of Mr. Bernardino's pending applications is long overdue.

17. Despite receiving Plaintiffs' Applications on January 18, 2023, Defendants have failed to adjudicate the Applications.

18. In the event that the cause for delay is an incomplete security / background check, nothing in the Immigration and Nationality Act or in Defendants' regulations requires that "background checks" be cleared in order for an adjustment of status application to be adjudicated. Pursuant to 8 U.S.C. §1255(a), the status of an alien who was inspected and

4

admitted or paroled into the U.S. may be adjusted by the Attorney General, in her discretion and under such regulations as she may prescribe, to that of an alien lawfully admitted for permanent residence if: (1) the alien makes an application for such adjustment; (2) the alien is eligible to receive an immigrant visa and is admissible to the United States for permanent residence; and (3) an immigrant visa is immediately available to the alien at the time the application is filed.

19. On February 4, 2008, the Service issued a policy that adjustment applications may be adjudicated without a completed name check where the name check request has been pending over 180 days.  The Interoffice Memorandum issued by Michael Aytes, then-Associate Director, Domestic Operations of USCIS, states, "Where the application is otherwise approvable and the FBI name check request has been pending for more than 180 days, the adjudicator shall approve the I-485…and proceed with card issuance.

20. Defendants' failure and refusal to adjudicate the Application within a reasonable time has caused Plaintiffs' hardship.

21. As the above information shows, Plaintiffs have filed inquiries and maintained correspondence with the Service to adjudicate the Application. Under the statute, Plaintiffs' Application has been unreasonably delayed and should be approved. Plaintiffs have exhausted all their administrative remedies, and there are no further administrative acts the Plaintiffs can take to obtain the benefit to which they are entitled.

## Claim for Relief

1. Defendants, in violation of the Administrative Procedures Act, 5 U.S.C. § 701 et seq., are unlawfully withholding or unreasonably delaying action on Plaintiff's Applications and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiffs' case.

2. Defendants willfully and unreasonably have delayed and have refused to adjudicate Plaintiff's Application, thereby, depriving Plaintiff of his rights under 5 U.S.C. § 555(b) and § 706(l) to the adjudication of his application in a reasonable time.

3. Defendants owe Plaintiffs the duty to act on their application within a reasonable time and have unreasonably failed to perform that duty.

4. Plaintiffs have made numerous status inquiries in an attempt to secure adjudication of their applications.

5. Plaintiffs have exhausted any administrative remedies that may exist and have not caused or contributed to the Service's delay in adjudicating the Application.

## **Prayer for Relief**

**WHEREFORE** Plaintiffs prays that this Court:

A. Accept jurisdiction and maintain continuing jurisdiction of this Action;

B. Compel Defendant FBI to issue the results of a criminal background and/or name check relating to Plaintiffs' application to the Service and the Court within sixty (60) days of filing this Complaint, and provide Plaintiffs with particularized reasons justifying any adjudications delay, if any, sixty (60) days from the filing of this Complaint;

6

C. Compel Defendants USCIS to adjudicate Plaintiff's Application within sixty (60) days from the filing of this Complaint;

D. Issue temporary and permanent injunctions enjoining Defendants from denying Plaintiffs' Application on the basis that an FBI has not yet completed background checks;

E. Award reasonable costs and attorney's fees pursuant to the Equal Access to Justice Act; and

F. Grant such other and further relief as this Court deems proper under the circumstances.

Dated: March 27, 2026                          Respectfully Submitted by:

/s/William A. Quiceno
Kempster, Corcoran, Quiceno & Lenz-Calvo, Ltd.
332 S. Michigan Avenue, Suite 1428
Chicago, IL  60604
(312) 341-9730
 ARDC 6243695

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | | NOTICE DATE |
|---|---|---|---|
| Receipt | | | January 23, 2023 |
| CASE TYPE | | | USCIS ALIEN NUMBER |
| I-130, Petition for Alien Relative | | | A205227129 |
| RECEIPT NUMBER | RECEIVED DATE | | PAGE |
| IOE0919042558 | January 18, 2023 | | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | | DATE OF BIRTH |
| January 18, 2023 | 201 B INA PARENT OF USC | | February 07, 1999 |

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $535.00 |
| Total Amount Received: | $535.00 |
| Total Balance Due: | $0.00 |

ALBERTO BERNARDINO CERVANTES
C/O WILLIAM A. QUICENO KEMPSTER CORCORAN QUICENO
4      00001554
332 S MICHIGAN AVE STE 1428
CHICAGO, IL  60604

APPLICANT/PETITIONER  NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case for the following beneficiaries:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| BERNARDINO DAMIAN, ALBERTO | 9/12/1980 | MEXICO | |

If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.



**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO  64002

**USCIS Contact Center Number:**

(800)375-5283
ATTORNEY COPY





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.        Form I-797C   10/13/21

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | January 23, 2023 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-485, Application to Register Permanent Residence or Adjust Status | |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| IOE0919042557 | January 18, 2023 | 1 of 1 |

| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
|---|---|---|
| January 18, 2023 | Immediate Relative of U.S. citizen | September 12, 1980 |

ALBERTO BERNARDINO DAMIAN
C/O WILLIAM A. QUICENO KEMPSTER CORCORAN QUICENO
332 S MICHIGAN AVE STE 1428
CHICAGO, IL 60604

4  00001556

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $1,140.00 |
| Biometrics Fee: | $85.00 |
| Total Amount Received: | $1,225.00 |
| Total Balance Due: | $0.00 |

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.



| **USCIS Office Address:** | **USCIS Contact Center Number:** |
|---|---|
| USCIS | (800)375-5283 |
| National Benefits Center | ATTORNEY COPY |
| P.O. Box 648003 | |
| Lee's Summit, MO  64002 | |



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C    10/13/21

Department of Homeland Security
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action



## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

#41739

| | |
|---|---|
| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | Notice Date<br>October 11, 2023 |

| Case Type<br>FORM I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | A#<br>A305 283 106 |
|---|---|

| Receipt Number<br>IOE0919042557 | Received Date<br>January 18, 2023 | Priority Date | Page<br>1 of 2 |
|---|---|---|---|



ALBERTO BERNARDINO DAMIAN
c/o WILLIAM A QUICENO
Kempster Corcoran Quiceno & Lenz-Calvo Ltd
332 S MICHIGAN AVE STE 1428
CHICAGO IL  60604

A Number



Receipt Number

**Failure to appear for the scheduled appointment without prior notification and without good cause may result in the denial of your application.** (8 CFR 103.2) You are notified to appear before a USCIS officer regarding the application identified above at the date, time, and place indicated above. Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time. The proceeding can take about two hours. If you cannot keep this appointment, call the U.S. Citizenship and Immigration Services (USCIS) Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) as soon as possible to reschedule your appointment.

*YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:* (Please use as a checklist to prepare for your interview)

- This Interview Notice and your Government issued photo identification.
- If required, a completed Form-I693, Report of Medical Examination and Vaccination Record, and/or vaccination supplement in a sealed envelope (unless already submitted). Please see the Form I-693 Instructions for guidance on whether you need a complete medical examination, an updated vaccine supplement only, or neither.
- If required, a completed Form I-864, Affidavit(s) of Support, with all required evidence (unless already submitted). Please see the Form I-864 Instructions for guidance on whether you need a Form I-864. Required evidence for each of your sponsors includes, but is not limited to, the following:
  - Federal Income Tax returns and W-2's, or certified IRS printouts, for the most recent tax year;
  - Letters from each current employer, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
  - Evidence of your sponsor's and/or co-sponsor's United States Citizenship or Lawful Permanent Resident status.
- All documentation establishing your eligibility for Lawful Permanent Resident status. This includes, but is not limited to, proof of status as an asylee, refugee, or a fiancé(e) nonimmigrant.
- Any immigration-related documentation ever issued to you, including any Form I-766, Employment Authorization Document (EAD); Form I-512, Authorization for Advance Parole; and Form I-571, Refugee Travel Document.
- All travel documents used to enter the United States, including Passports; Form I-512, Authorization for Advance Parole; Form I-571 Refugee Travel Document; and Form I-94, Arrival/Departure Record.
- Your Birth Certificate.
- If your Form I-485 is based on a petition filed by a family member, your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident Status.
- If you have children, bring a Birth Certificate for each of them.
- If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
  - A certified copy of your Marriage Document issued by the appropriate civil authority;
  - Your spouse's Birth Certificate;
  - Your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
  - If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage;
  - Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
  - Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your spouse may have together. This may include: tax returns, bank statements, insurance documents (car, life, health), property documents (car, house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.
- The originals and copies of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records.
- If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.

| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>310 EAST KNAPP STREET<br>SECOND FLOOR<br>MILWAUKEE, WI 53202 | ON: Tuesday, November 28, 2023<br>AT: 01:00PM |
|---|---|



EXHIBIT

C

Blumberg No. 5118

Form I-797C    10/13/21



**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | | | Notice Date<br>October 11, 2023 |
|---|---|---|---|
| Case Type<br>FORM I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | | A#<br>A305 283 106 |
| Receipt Number<br>IOE0919042557 | Received Date<br>January 18, 2023 | Priority Date | Page<br>2 of 2 |

- A certified English translation for each foreign language document. The translator must certify they are fluent in both languages, and that the translation in its entirety is complete and accurate.

NOTE: For asylee and refugee Form I-485 applicants, we do not require some of the items listed above. Please refer to the Form I-485 Instructions for detailed guidance. For asylee and refugee Form I-485 applicants, your spouse does not need to come to the interview. Additionally, for arrests and criminal records, asylee and refugee applicants are only required to provide records for arrests that occured in the United States.

To request a disability accommodation, go to www.uscis.gov/accommodations or call the USCIS Contact Center at as soon as possible, even if you indicated on your application that you require an accommodation.

For questions about your application, you can use our many online tools (uscis.gov/tools) including our virtual assistant, Emma. If you are not able to find the information you need online, you can reach out to the USCIS Contact Center by visiting uscis.gov/contactcenter.

| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>310 EAST KNAPP STREET<br>SECOND FLOOR<br>MILWAUKEE, WI 53202 | ON: Tuesday, November 28, 2023<br>AT: 01:00PM |
|---|---|

If this is an interview or biometric appointment notice, please see the back of this notice for important information.    Form I-797C    10/13/21

🖶Print

## Case Note Information                                              Assigned Users

**Foreign National (A#):** BERNARDINO DAMIAN, Alberto (305283106)

**Case No:** 41739

**Process:** Family Based

**Date/Time Entered** 08/06/2024 @ 15:26:47 Central(DST)

**Total Time:** 00:00:00

**Entered By:** Marin, Jonathan

**Activity Type:** Note

**Subject/Reference:** JM Completed USCIS inquiry for his AOS pending.

**Regarding:** BERNARDINO DAMIAN, Alberto

## Details

USCIS will review the request.

Your service request ID Number is SR12192403554MIL.

**Kempster, Corcoran, Quiceno & Lenz-Calvo, LTD**                 **Printed:** 03/19/2026 @ 10:37:13

Blumberg No. 5118   EXHIBIT

🖶 Print

**Case Note Information**                    **Assigned Users**

**Foreign National (A#):** BERNARDINO DAMIAN, Alberto (305283106)
**Case No:** 41739
**Process:** Family Based
**Date/Time Entered** 08/07/2024 @ 16:54:22 Central(DST)
**Total Time:** 00:00:00
**Entered By:** Marin, Jonathan
**Activity Type:** Note
**Subject/Reference:** JM USCIS inquiry response, I-485 still pending
**Regarding:** BERNARDINO DAMIAN, Alberto

## Details

Dear Alberto BERNARDINO DAMIAN:

On 08/06/2024, you or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

Person who contacted us:
-- Quiceno, Willam

Caller indicated they are:
-- Attorney or Authorized Representative

Attorney Name:
-- QUICENO, WILLAM

Case type:
-- I485

Filing date:
-- 01/18/2023

Receipt #:
-- IOE-09-190-42557

Referral ID:
SR12192403554MIL



Beneficiary (if you filed for someone else):
-- Information not available

Your USCIS Account Number (A-number):
-- 305283106

Type of service requested:
-- Outside Normal Processing Times

The status of this service request is:

Thank you for contacting USCIS concerning the above-referenced application. Below is a summary of what we have found.

Due to workload factors not related to your application, USCIS anticipates a delay in completing your case. USCIS is committed to adjudicating immigration benefits in the order received and in a timely and efficient manner. We assure you that we are working to complete adjudication of your application as quickly as available resources allow.

If your receipt number begins with IOE, please consider activating your USCIS online account at myaccount.uscis.gov. You can use your account to get your current case status, access every notice we send you, and offers the capability to scan and upload any USCIS requested documents. You can also send messages and receive answers through a secure inbox.

Address Changes; If you move, please provide us with an updated address. For more information about address changes, please visit our website at uscis.gov/addresschange, and click on "How to Change Your Address." To ensure that all mail is delivered as addressed, please also ensure that you are registered with the U.S. Postal Service (USPS) to receive mail at the address of record you have provided to USCIS.

For questions about your application, you can use our many online tools (uscis.gov/tools) including our virtual assistant, Emma. If you are not able to find the information you need online, you can reach out to the USCIS Contact Center by visiting uscis.gov/contactcenter. The USCIS website also provides detailed information about policies and procedures, and you can download and e-file forms from the website.

Kempster, Corcoran, Quiceno & Lenz-Calvo, LTD                    Printed: 03/19/2026 @ 10:38:45

Print

## Case Note Information

**Foreign National (A#):** BERNARDINO DAMIAN, Alberto (305283106)

**Case No:** 41739

**Process:** Family Based

**Date/Time Entered** 07/07/2025 @ 14:56:35 Central(DST)

**Total Time:** 00:00:00

**Entered By:** Jimenez, Karen Rashel Fatima

**Activity Type:** Note

**Subject/Reference:** RJ no update on I-485, cannot submit inquiry, reset reminder

**Regarding:** BERNARDINO DAMIAN, Alberto

## Assigned Users

**User Name**

(*) Jimenez, Karen Rashel Fatima

## Details

**Kempster, Corcoran, Quiceno & Lenz-Calvo, LTD**

**Printed:** 03/19/2026 @ 10:49:42

EXHIBIT
F
Blumberg No. 5118



**Print**

## Case Note Information

**Assigned Users**

**Foreign National (A#):** BERNARDINO DAMIAN, Alberto (305283106)

**Case No:** 41739

**Process:** Family Based

**Date/Time Entered** 08/07/2025 @ 09:16:11 Central(DST)

**Total Time:** 00:00:00

**Entered By:** Jimenez, Karen Rashel Fatima

**Activity Type:** Note

**Subject/Reference:** rj no updates on I-485, reset reminder, no inquiry can be sent

**Regarding:** BERNARDINO DAMIAN, Alberto

**User Name**

(*) Jimenez, Karen Rashel Fatima

## Details

**Kempster, Corcoran, Quiceno & Lenz-Calvo, LTD**

**Printed: 03/19/2026 @ 10:47:05**

EXHIBIT
Blumberg No. 5118

 Print

## Case Note Information

**Foreign National (A#):** BERNARDINO DAMIAN, Alberto (305283106)

**Case No:** 41739

**Process:** Family Based

**Date/Time Entered** 12/29/2025 @ 11:11:44 Central(DST)

**Total Time:** 00:00:00

**Entered By:** Jimenez, Karen Rashel Fatima

**Activity Type:** Note

**Subject/Reference:** RJ USCIS Inquiry Response...case is not outside processing times. fwd by WAQ

**Regarding:** BERNARDINO DAMIAN, Alberto

## Assigned Users

**User Name**

(*) Jimenez, Karen Rashel Fatima

## Details

From: USCIS
Sent: Monday, December 29, 2025 10:07 AM
To: William Quiceno
Subject: Your recent inquiry (Attorney/paralegal copy of customer communication)

U.S. Department of Homeland Security
USCIS Customer Support
Washington, DC 20529
U.S. Citizenship and Immigration Services Monday, December 29, 2025

Dear Alberto Bernardino Damian:
On 12/18/2025, you or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

Caller indicated they are:
-- Attorney or Authorized Representative
Case type:
-- I485

Referral ID:
-- SR13522501541RPA
Type of service requested:
-- Check Case Processing
The status of this service request is:


EXHIBIT
H
Blumberg No. 5118

Dear Alberto Bernardino Damian,

This is a follow up message to your inquiry SR13522501541RPA, submitted on 01/18/2023, notifying us that your case is taking longer than expected.

We reviewed your case and the application, petition, or other request you filed is still pending. We have determined that your immigration benefit request has not been pending longer than what is normal for the specific request type. Please be assured we are handling your request with the care and dedication it deserves. Once we take action on your application, petition, or other request, we will send a notice to your address on record.

Please log in or create a USCIS online account so you can track your case status and receive updates from USCIS at any time. Information on how to create a USCIS online account is available at myaccount.uscis.gov/create-account.

We appreciate your continued patience.

Please do not reply directly to this message. This email account is used by USCIS only to send messages to notify applicants and petitioners.

---

**Kempster, Corcoran, Quiceno & Lenz-Calvo, LTD**                    Printed: 03/27/2026 @ 09:17:28